UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3142-ABC(SSx) | Date | August 28, 2008 |
|---|---|---|---|
| Title | Twentieth Century Fox Film Corporation -vs- Tom Pickett | | |

| Present: The Honorable | AUDREY B. COLLINS | |
|---|---|---|
| Daphne Alex | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   IT IS ORDERED that plaintiff's counsel show cause in writing not later than September 19, 2009, why this action should not be dismissed for lack of prosecution as to defendant(s): Tom Pickett.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local 78-1, no oral argument will be heard on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

X   Proof of service of summons and complaint on defendants: NAMED ABOVE;

X   Answer by defendants: SAME;
or plaintiff(s)' request for entry of default;

_____   Plaintiff(s)' motion for entry of default judgment or request to the Clerk for entry of default judgment;

X   Stipulation and Order extending time to respond to complaint.

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

                                                                                                                       :
                                                          Initials of Preparer   DA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3142-ABC(SSx) | Date | August 28, 2008 |
|---|---|---|---|
| Title | Twentieth Century Fox Film Corporation -vs- Tom Pickett | | |